UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIRON ELIAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. ANAYA, et al.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-02924-MWF-JC<br><br>JUDGMENT |

　　In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

Dated: April 21, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge